IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAIM H. AL-JABERY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3157 |
| | ) | |
| v. | ) | |
| | ) | |
| CON AGRA FOODS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed motion to extend deadline, filing 20, is granted and defendant's deadline to file a summary judgment motion is extended to May 7, 2007.

DATED this 1st day of May, 2007.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge