```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

NAIM H. AL-JABERY,              )
                                )
            Plaintiff,           )         4:06CV3157
                                )
      v.                        )
                                )
CON AGRA FOODS, Inc.,           )         ORDER
                                )
            Defendant.           )
                                )
```

IT IS ORDERED:

Defendant's unopposed oral motion to extend the summary judgment deadline is granted. Defendant's deadline to file a summary judgment motion is extended to May 17, 2007.

DATED this 4th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge