IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAIM H. AL-JABERY, | ) | 4:06CV3157 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CONAGRA FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for an extension of time (filing 34) for responding to the pending motion for summary judgment (filing 30). I will grant the motion.

IT IS ORDERED that the motion in filing 34 is granted, and Plaintiff shall have until July 31, 2007 to respond to the pending motion for summary judgment (filing 30).

July 16, 2007                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge