IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NAIM H. AL-JABERY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3157 |
| | ) | |
| V. | ) | |
| | ) | |
| CON AGRA FOODS, Inc., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for trial on October 29, 2007. I have considered the defendant's motion for summary judgment and find that it must be granted. An opinion and a judgment will be issued no later than Monday, December 17, 2007. Accordingly,

IT IS ORDERED that this case is removed from the trial calendar. My chambers shall notify Judge Piester.

October 17, 2007.        BY THE COURT:

               *s/ Richard G. Kopf*
               United States District Judge